**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD JOSUE SALAS-FIGUEROA,<br>Plaintiff,<br><br>v.<br><br>J.L. JAMISON, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 2:26-cv-08247-JMG |

**ORDER**

**AND NOW**, this 16th day of November, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Government's Response in Opposition to the Petition (ECF No. 3), and Petitioner's Reply in Support of its Petition (ECF No. 5) **IT IS HEREBY ORDERED** as follows:

1. The Petition (ECF No. 1) is **GRANTED;**

2. The Government shall **IMMEDIATELY RELEASE** Mr. Salas-Figueroa from custody and certify compliance with the Court's Order by filing an entry on the docket no later than Thursday, November 19, 2026;

3. The Government is temporarily enjoined from re-detaining Mr. Salas-Figueroa for seven (7) days from the certification of compliance;

4. If the Government chooses to pursue re-detention of Mr. Salas-Figueroa pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Court shall retain jurisdiction of this matter for thirty (30) days unless otherwise ordered.